

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2018

No. 04-18-00622-CR

Ruben **JASSO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2005CR6326W
Honorable Sid L. Harle, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on December 12, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2018.

_____
Keith E. Hottle, Clerk of Court